RECEIVED IN ALEXANDRIA, LA.
SEP 0 9 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIDGET C. DRIVER, et al | CIVIL ACTION NO. 09-786 |
| -vs- | JUDGE DRELL |
| WAL-MART LOUISIANA, LLC, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, including the motion for attorney fees (Doc. #8), is DENIED.

**IT IS FURTHER ORDERED** that defendant's motion for attorney fees (Doc. #11) is GRANTED, but as to Bridget C. Driver only, secondary to the obvious failure properly to investigate the allegations before filing suit.

**IT IS FURTHER ORDERED** that defendants Balthazar and Gremillion are dismissed as defendants.

Defendant shall file a statement and supporting documents regarding attorney fees within fifteen (15) days.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____ day of _____, 2009.

Dee D. Drell
UNITED STATES DISTRICT JUDGE